IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALVIN WAYNE BERRY,

    Petitioner,

v.                                          CASE NO. 4:11-cv-00340-MP-CAS

EDWIN G BUSS, KENNETH S TUCKER,

    Respondents.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 11, 2014. (Doc. 22).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  Petitioner has filed objections at Doc. 23.  I have made a de novo review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The amended § 2254 petition for writ of habeas corpus (Doc. 10 ) is DENIED, a certificate of appealability is DENIED, and leave to appeal in forma pauperis is DENIED.

**DONE AND ORDERED** this _6th_ day of August, 2014

                                                    *s/Maurice M. Paul*
                                            Maurice M. Paul, Senior District Judge